**Arlee HAYES III, Movant/Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. ED 103551**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: June 21, 2016

Kristina Starke Olson, District Defender, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert G. Dowd, Jr. P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

#### PER CURIAM

Arlee Hayes III (Movant) appeals from the motion court's "Conclusions of Law and Order" on Movant's Amended Motion to Vacate, Set Aside, or Correct Judgment and Sentence denying Movant's Rule 29.15 claims for post-conviction relief. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).